UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>    Plaintiff,<br><br>vs.<br><br>JEFF GREENEY and BIG BALLER MEDIA GROUP, LLC<br><br>    Defendants. | Case No.  SACV-11-01467 (JST)<br><br>**AMENDMENT TO FINAL JUDGMENT AS TO DEFENDANTS JEFF GREENEY AND BIG BALLER MEDIA GROUP, LLC** |

Plaintiff Securities and Exchange Commission commenced this action by filing its Complaint against Defendants Jeff Greeney and Big Baller Media Group, LLC ("Defendants").  Defendants previously entered general appearances and consented to the Court's jurisdiction over them and the subject matter of this action. [Docket No. 2, 3]. Defendants also previously consented to: a permanent injunction prohibiting violations of Sections 5(a) and (c) of the Securities Act of 1933 ("Securities Act") [15 U.S.C. §§ 77e(a), (c)]; a three-year penny stock bar; the

Commission's entitlement to disgorgement and prejudgment interest, and to a civil money penalty pursuant to Section 20(d) of the Securities Act [15 U.S.C. § 77t(d)]. [Docket No. 2, 3].

The Court previously entered Judgments as to Defendants providing, among other things, that the amounts of disgorgement, prejudgment interest, and civil money penalties against each Defendant be determined upon the Commission's motion. [Judgments, Docket No. 4, 5]. On December 12, 2011, the Plaintiff filed its motion, along with a declaration in support and memorandum of law to set disgorgement, prejudgment interest, and civil penalty amounts. The Court finds this matter appropriate for decision without oral argument. Fed. R. Civ. P. 78; C.D. Cal. R. 7-15. Accordingly, the hearing set for January 23, 2012 at 10:00 a.m. is VACATED. The Court having reviewed the Plaintiff's motion and supporting materials, amends the Judgments as follows:

I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendants Jeff Greeney and Big Baller Media Group, LLC are liable, jointly and severally, for disgorgement of $331,615, representing profits gained as a result of the conduct alleged in the Complaint, together with prejudgment interest thereon in the amount of $67,842, covering the period of August 22, 2007 through January 23, 2012. Defendant Jeff Greeney is further liable for a civil penalty in the amount of

$50,000 pursuant to Section 20(d) of the Securities Act [15 U.S.C. § 77t(d)]. Defendants shall satisfy this obligation by paying $399,457 (Big Baller Media Group, LLC) and $449,457 (Jeff Greeney) within 14 days after entry of this Final Judgment by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission.  The payment shall be delivered or mailed to the Office of Financial Management, Securities and Exchange Commission, 100 F Street, NE, Stop 6042, Washington DC 20549, and shall be accompanied by a letter identifying Defendant as a defendant in this action; setting forth the title and civil action number of this action and the name of this Court; and specifying that payment is made pursuant to this Final Judgment. Defendant shall pay post-judgment interest on any delinquent amounts pursuant to 28 USC § 1961.  The Commission shall remit the funds paid pursuant to this paragraph to the United States Treasury.

II.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

Dated:  January 19, 2012

_____
Hon. Josephine Staton Tucker
UNITED STATES DISTRICT JUDGE